FILED

00 FEB -4 AM 10:07

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

FEB - 4 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JAMES AND JUNE LONES, *et al.*, }
　　　　　　　　　　　　　　　　　}
　　　Plaintiffs,　　　　　　　　 }
　　　　　　　　　　　　　　　　　} CIVIL ACTION NO.
v.　　　　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　} 99-PWG-2759-NE
AMERICAN GENERAL LIFE AND　　　　 }
ACCIDENT INSURANCE COMPANY,　　　 }
*et al.*,　　　　　　　　　　　　　}
　　　　　　　　　　　　　　　　　}
　　　Defendants.

**MEMORANDUM OPINION**

　　　The court has before it an appeal filed by the fifty-six plaintiffs in the above-entitled case. They seek a review of the magistrate judge's non-dispositive order of January 18, 2000. The standard of review is deferential and not *de novo*. This court's object is only to ascertain whether or not the order being reviewed was clearly erroneous or contrary to law. The court does not find that the order complained of was either clearly erroneous or contrary to law. Rather, it is well within the area of discretion granted to any judge who is charged with the responsibility of ruling upon discovery and/or other pretrial matters, no matter how important to the ultimate resolution of the controversy those matters are.

　　　Interestingly, another judge of this court on February 1,

1

2000, issued a ruling very similar to that of the magistrate judge in this case. A copy of his order in *Ernie Freeman, et al., v. Media General, Inc.* is attached hereto as Exhibit "A".

Based on the foregoing, the magistrate judge's order will be affirmed by separate order.

DONE this 4th day of February, 2000.

                                                  WILLIAM M. ACKER, JR.
                                                  UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERNIE NMI FREEMAN; | ) |
| AIMEDRA O. KELLEY; | ) |
| VIOLET RUFFIN PARKER; | ) |
| CASSANDRA L. PORTER; | ) |
| WILLIAM RANDALL SCOTT; | ) |
| SAMUEL L. SMITH; and | ) |
| RHONDA L. UNDERWOOD, | ) |
| PLAINTIFFS, | ) |
| VS. | ) CV99-H-1276-S |
| MEDIA GENERAL, INC.; | ) |
| MG BROADCASTING OF BIRMINGHAM, INC., corporations d/b/a WIAT-TV; and ERIC S. LAND, an individual | ) |
| DEFENDANTS. | ) |

FILED
00 FEB -1 PM 12: 40
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
FEB - 1 2000

ORDER

At the time the court entered its January 31, 2000 order it was unaware that depositions were scheduled for February 1, 2000. The court has this day heard oral argument from the attorneys on the issue raised by the January 27, 2000 motion for protective order. Having considered that argument and the motion, the court is of the opinion that defendants are entitled to the relief herein granted. Beginning today, February 1, 2000, no plaintiff whose deposition has not been taken by defendants shall discuss in any fashion the facts of this case with any other plaintiff and any plaintiff whose deposition has been taken shall not discuss the facts of this case with any plaintiff whose

Exhibit "A"

deposition has not been taken. No plaintiff whose deposition has not been taken by defendants shall be present during the taking of the deposition of another plaintiff, shall read the deposition testimony of another plaintiff, shall be told by anyone the nature of the deposition testimony of another plaintiff, or shall be told the nature of the questions propounded to a deponent. Any plaintiff whose deposition has been taken may be present during the taking of a deposition of another plaintiff but shall not communicate directly or by body language with the deponent until the deposition has been concluded.

DONE this __1st__ day of February, 2000.

_____
SENIOR UNITED STATES DISTRICT JUDGE